# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

ACUITY INSURANCE COMPANY, a mutual )
insurance company, )
                                                )
                         Plaintiff(s), )
                                                )   Case No.
                              vs. )
GENERAL CREDIT ACCEPTANCE COMPANY, LLC, )
DAVID DEAVER and HELENA WEATHERSPOON, )
                        Defendant(s). )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for _Plaintiff_____ hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

   None

2. Subsidiaries not wholly owned by the corporation:

   None

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   None

*Christopher P. Leritz*
Signature (Counsel for Plaintiff/Defendant)
Print Name: Christopher P. Leritz
Address: 555 Washington Avenue,
Suite 600
City/State/Zip: St. Louis, MO 63101
Phone: (314) 231-9600

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 3rd Day of September, 20 14.