UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ACUITY INSURANCE COMPANY, a mutual insurance company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:14 -CV- 01510-RLW |
| GENERAL CREDIT ACCEPTANCE COMPANY, LLC, and DAVID DEAVER, and HELENA WEATHERSPOON, | ) ) ) ) | |
| Defendants. | ) | |

### GENERAL CREDIT ACCEPTANCE COMPANY, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Fed. R. Civ. P. 6(b), Defendant General Credit Acceptance Company, LLC ("GCAC"), by and through the undersigned counsel, moves this Court for an order extending the current time in which GCAC may answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment, Doc. # 1.  None of the parties to this matter oppose this motion and have affirmatively agreed to the relief requested herein.  In support of this motion, Defendant GCAC states as follows:

1.      On September 12, 2014, Defendant GCAC was served with a Summons and Complaint for Declaratory Judgment.

2.      Pursuant this Court's Order, Doc. #14, the current deadline for Defendant GCAC to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment is November 3, 2014.

3.      Between September 12, 2014, and the present, the parties have engaged in settlement discussions and are currently scheduled for a mediation session for December 2, 2014, in an attempt to resolve both the underlying litigation and this case.

4.      In the interests of judicial economy, GCAC requests that the Court extend the time for GCAC to respond to Plaintiff's Complaint for Declaratory Judgment until ten (10) days after the mediation, or December 12, 2014.

5.      This request for extension of time will not alter any deadline set by the Court and or result in any significant delay in this proceeding.  Rather, this request is being made in order to allow the parties time to mediate this case, to conserve judicial resources, and to reduce attorneys' fees and expenses, and not for the purpose of delay or any other improper purpose.

6.      The undersigned counsel for Defendant GCAC has conferred with Plaintiff's counsel Christopher P. Leritz, as well as counsel for the co-defendants, who have all indicated that their respective clients do not oppose this motion for an extension for Defendant to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment, allowing Defendant GCAC until December 12, 2014 to file its response.

WHEREFORE, Defendant GCAC respectfully requests that this Court extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment, up to and including December 12, 2014.

7368139

Respectfully Submitted,

HUSCH BLACKWELL LLP

By:      /s/ James F. Monafo
     James F. Monafo, #38774 MO
     190 Carondelet Plaza, Suite 600
     St. Louis, MO 63105
     Phone: 314.480.1500
     Fax: 314.480.1505
     jim.monafo@huschblackwell.com

*Attorneys for Defendant General Credit Acceptance
Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of October, 2014, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following counsel of record.

Christopher P. Leritz
LERITZ AND PLUNKERT, P.C.
555 Washington Avenue
Suite 600
St. Louis, MO 63101

*Attorneys for Plaintiff*

Martin L. Daesch
Jesse B. Rochman
SANDBERG PHOENIX & von GONTARD P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313

*Attorneys for Defendants*
*David Deaver and Helena Weatherspoon*

          /s/ James F. Monfo

7368139

3